**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**ABINGDON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) **ORDER OF DETENTION** |
| **v.** | ) **Case No.:  1:22mj10** |
| | ) |
| **JONATHAN AVERY SHUMATE,** | ) |
| **Defendant,** | ) |

In accordance with the Bail Reform Act, 18 U.S.C. § 3142, a detention hearing was held in this matter on January 25, 2022.  The defendant is charged with violating 18 U.S.C. § 2251(a), persuading, inducing or enticing or attempting to persuade, induce or entice an individual who had not attained 18 years of age to engage in sexually explicit conduct for the purpose of transmitting a visual depiction of such conduct in interstate commerce, which raises a presumption of detention. Based on the evidence presented, including, but not limited to the following, I find that the defendant has failed to rebut the presumption of detention:

1.  After his arrest on January 24, 2022, the defendant admitted to investigating officers that he had committed the conduct as alleged in the Criminal Complaint. In particular, the defendant admitted to requesting and receiving sexually explicit photographs from two minor victims in exchange for providing the minors with vaping equipment and supplies. The defendant further admitted that he had requested the minors perform sexual acts on him and that he be allowed to perform sexual acts on the minors and that he would have done so if he had been given the opportunity;

2.      A search of the defendant's cell phone revealed a photograph of one of the minor victim's genitalia and a video recording of one of the minor victims masturbating;

3.      The defendant also admitted to traveling to one of the minor victim's homes recently while the minor's parents were away and leaving vaping supplies for the minor;

4.      The defendant further admitted that at age 21 he had sexually molested his 16-year-old cousin; and

5.      The defendant admitted to recently paying two college students, one of whom he believed could have been under the age of 18, to allow him to perform oral sex on them in his vehicle in a shopping center parking lot in Boone, N.C.

## Directions Regarding Detention

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ENTER:      January 26, 2022.

/s/ *Pamela Meade Sargent*

UNITED STATES MAGISTRATE JUDGE